No. 10,942.

COMPTON v. THE STATE.

BILL OF EXCEPTIONS.—*Change of Venue.—Affidavits.*—Affidavits in support of a motion for a change of venue must be incorporated in the record by a bill of exceptions, to be considered by the Supreme Court.

SAME.—*New Trial.*—Affidavits in support of a motion for a new trial can not be made a part of the record on appeal by a recital in the motion therefor; they must be embodied in a bill of exceptions.

From the Morgan Circuit Court.

*L. Ferguson,* for appellant.

*F. T. Hord,* Attorney General, *J. D. Alexander,* Prosecuting Attorney, and *W. B. Hord,* for the State.

ELLIOTT, J.—Affidavits in support of a motion for a change of venue must be incorporated in the record by a bill of exceptions or they can not be regarded on appeal. *Horton* v. *Wilson,* 25 Ind. 316. As there is no bill of exceptions, we can not examine the ruling denying a change of venue.

Affidavits in support of a motion for a new trial can not be made part of the record by a recital in the motion for a new trial. In order to get them into the record and entitle them to consideration by this court, they must be embodied in the bill of exceptions.

Judgment affirmed.